'07 CIV 7481

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

THE NEW YORK TIMES COMPANY,  : Index No.
And PAUL VON ZIELBAUER,
                  Plaintiffs,  :

  :

- against -  :

UNITED STATES DEPARTMENT OF  :
DEFENSE and DEPARTMENT
OF THE ARMY,  :

                  Defendants.  :

---------------------------------------------------------X

### STATEMENT PURSUANT TO FRCP RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10 percent or more of its stock.

Dated: New York, NY
       August 23, 2007

By: _____

David McCraw (DM7708)
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Phone: (212) 556-4031
Fax: (212) 556-1009
mccraw@nytimes.com

20432