AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

## APPEARANCE

Case Number: 07 Civ. 7481

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States Department of Defense and Department of the Army

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/6/2007 | *(signature)* |
| Date | Signature |
| | Lara Eshkenazi — LE-1974 |
| | Print Name — Bar Number |
| | U.S. Attorney's Office, 86 Chambers Street |
| | Address |
| | New York — NY — 10007 |
| | City — State — Zip Code |
| | (212) 637-2758 — (212) 637-2702 |
| | Phone Number — Fax Number |