## CERTIFICATE OF SERVICE

I hereby certify that true copies of the Summons and Complaint, the Civil Cover Sheet, and Plaintiffs' Rule 7.1 Statement were served on August 24, 2007 by certified mail on the following at the addresses shown:

Hon. Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Civil Process Clerk
U.S. Attorney's Office
1 St. Andrews Plaza
New York, NY 10007

General Counsel
U.S. Department of Defense
1155 Defense Pentagon
Washington, DC 20301-1155

Department of the Army
Office of Judge Advocate General
1777 N. Kent St.
Rosslyn, VA 22209-2194

New York, NY
August 24, 2007

_____
David E. McCraw