

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street   3rd Floor
New York, New York  10007

September 25, 2007

**By Federal Express**
Hon. Richard J. Sullivan
United States District Judge
United States District Courthouse
500 Pearl Street, Room 615
New York, New York 10007

      Re:   New York Times v. Dep't of Defense,
            07 Civ. 7481 (RJS)

Dear Judge Sullivan:

     I write respectfully on behalf of defendants United States Department of Defense and United States Department of Army (collectively, the "Government") to request a three-week extension of time, from September 28, 2007 until October 19, 2007, to answer, move or otherwise respond to the First Amended Complaint. Plaintiff has consented to this request. This is defendant's first request for an extension of time.

     I thank the Court for its consideration of this request.

                                    Respectfully,

                                    MICHAEL J. GARCIA
**SO ORDERED:**                        United States Attorney

U.S.D.J.   9/26/07

                                  LARA K. ESHKENAZI
                                  Assistant United States Attorney
                                  Tel. No.: (212) 637-2758

cc: David E. McGraw (by facsimile 212-556-1009)