

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street  3rd Floor
New York, New York 10007

October 17, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07
```

**By Hand**
Hon. Richard J. Sullivan
United States District Judge
United States District Courthouse
500 Pearl Street, Room 615
New York, New York 10007

Re:  New York Times v. Dep't of Defense,
     07 Civ. 7481 (RJS)

Dear Judge Sullivan:

I write respectfully on behalf of defendants United States Department of Defense and United States Department of Army to request a six-day extension of time, from October 19, 2007 until October 25, 2007, to answer, move or otherwise respond to the First Amended Complaint. The reason for this second request for an extension of time is that this Office has not yet received from the relevant agencies all of the information necessary to respond to the complaint. Opposing counsel has consented to this request. This is defendants' second request for an extension of time.

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LARA K. ESHKENAZI
Assistant United States Attorney
Tel. No.: (212) 637-2758

cc: David E. McGraw (by facsimile 212-556-1009)

SO ORDERED
Dated: 10/18/07
RICHARD J. SULLIVAN
U.S.D.J.