UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07

THE NEW YORK TIMES COMPANY, PAUL VON ZIELBAUER,

        Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF DEFENSE, DEPARTMENT OF THE ARMY,

        Defendants.

No. 07 Civ. 7481 (RJS)(~~AJP~~)
ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated October 29, 2007, plaintiffs request a pre-motion conference in anticipation of filing a motion for summary judgment as to Counts I and II of the Complaint in this action. Furthermore, plaintiffs request that this Court set deadlines for defendants to respond to the Freedom of Information Act ("FOIA") requests set forth in Count III of the Complaint. By letter dated October 31, 2007, defendants represent that the parties have agreed upon certain deadlines for defendants to respond to the requests in Count III. Accordingly,

IT IS HEREBY ORDERED that counsel for all parties shall appear for a pre-motion conference at __4PM__ on __Nov. 15, 2007__ in the United States District Court, 500 Pearl Street, New York, New York, Courtroom 21C.

IT IS FURTHER ORDERED that, pursuant to the parties' joint request, the deadlines set forth in defendants' October 31, 2007 letter are hereby ADOPTED by the Court. Defendants' shall respond to the FOIA requests in Count III, save for the request for the production of emails, by November 14, 2007. Defendants shall respond to the request for the production of emails in Count III by December 3, 2007.

SO ORDERED.

DATED:    New York, New York
             November 2, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE