UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



THE NEW YORK TIMES COMPANY,
PAUL VON ZIELBAUER,

                Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF
DEFENSE, DEPARTMENT OF THE
ARMY,

                Defendants.

No. 07 Civ. 7481 (RJS)(AJP)
AMENDED ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court's Order dated November 2, 2007, is AMENDED as follows:

    IT IS HEREBY ORDERED that, pursuant to the parties' joint request, the deadlines set forth in defendants' October 31, 2007 letter are hereby ADOPTED by the Court. Defendants shall provide an update regarding their progress in responding to the email portion of plaintiffs' requests in Count III by November 14, 2007. Defendants shall complete their response to plaintiffs' remaining requests in Count III by December 3, 2007.

SO ORDERED.

DATED:    New York, New York
               November 5, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE