

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street – 3rd Floor
New York, New York 10007

November 14, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: 11/15/07

**By Facsimile**
Hon. Richard J. Sullivan
United States District Judge
United States District Courthouse
500 Pearl Street, Room 615
New York, New York 10007

    Re:    New York Times v. Dep't of Defense,
              07 Civ. 7481 (RJS)

Dear Judge Sullivan:

       I write respectfully on behalf of defendants United States Department of Defense ("DOD") and United States Department of Army (collectively "the Government" or "defendants"), pursuant to the Court's Order dated November 5, 2007, to update the Court regarding the Government's progress in responding to plaintiffs' request pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *et seq.* ("FOIA"), for emails pertaining to DOD's communications with certain outside military analysts (the "email request"). In its letter to the Court on October 31, 2007, the Government indicated that it had not yet determined how much time defendants would need to process the email request. Based on their efforts since October 31 2007, defendants believe that they will be able to respond to the email request within 45 days. Accordingly, with the consent of opposing counsel, the Government respectfully requests until January 3, 2008, to respond to the email request.

I thank the Court for its consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*

LARA K. ESHKENAZI
Assistant United States Attorney
Tel. No.: (212) 637-2758

cc: David E. McGraw (by facsimile 212-556-1009)

SO ORDERED
Dated: 11/19/07

*[signature]*
RICHARD J. SULLIVAN
U.S.D.J.

-2-