UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  11/19/07
```

THE NEW YORK TIMES COMPANY,
PAUL VON ZIELBAUER,

                        Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF
DEFENSE, DEPARTMENT OF THE
ARMY,

                        Defendants.

No. 07 Civ. 7481 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

At the conference held before the Court on November 15, 2007, regarding the parties' proposed cross-motions for summary judgment as to Count II of the Amended Complaint in the above-entitled action, the Court adopted the following briefing schedule:

> The parties' respective moving papers shall be submitted by December 12, 2007.
> The parties' respective opposition papers shall be submitted by January 16, 2008.
> The Court will schedule oral argument regarding the cross-motions at a later date, if necessary.

SO ORDERED.

DATED:    New York, New York
              November 16, 2007

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE