

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street – 3rd Floor
New York, New York 10007

December 12, 2007

**By Hand**
Hon. Richard J. Sullivan
United States District Judge
United States District Courthouse
500 Pearl Street, Room 615
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07
```

      Re:    New York Times v. Dep't of Defense,
             07 Civ. 7481 (RJS)

Dear Judge Sullivan:

    I write respectfully on behalf of both parties in the above-referenced case to request a one-week extension of time from December 12, 2007 to December 19, 2007, for the parties to submit summary judgment motions with respect to Count II of the complaint. The reason for this request is that the parties are in the final stages of negotiating the terms of a proposed Stipulation and Order that would resolve the issues raised in Count II of the complaint. The parties expect to submit the proposed Stipulation and Order to the Court by December 17, 2007.

    I thank the Court for its consideration of this matter.

                              Respectfully,

                              MICHAEL J. GARCIA
                            United States Attorney

                By:    _____
                            LARA K. ESHKENAZI
                            Assistant United States Attorney
                            Tel. No.: (212) 637-2758

cc: David E. McCraw (by facsimile 212-556-1009)

*[Handwritten annotation:] As requested, summary judgment motions are to be filed by Dec. 19, 2007.*

**SO ORDERED**
_____
RICHARD J. SULLIVAN
U.S.D.J.

12/13/07