UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



THE NEW YORK TIMES COMPANY,
PAUL VON ZIELBAUER,

                Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF
DEFENSE, DEPARTMENT OF THE
ARMY,

                Defendants.

No. 07 Civ. 7481 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on February 1, 2008, the Court adopted the following directives:

    Defendants shall produce all documents relating to non-email requests in Count III of the complaint by February 11, 2008. In addition, on that date, defendants shall produce affidavits or declarations establishing that they conducted an adequate search for the requested documents. *See Perry v. Block*, 684 F.2d 121, 127 (D.C. Cir. 1982).

    Defendants shall produce all materials relating to the requests for emails in Count III of the complaint by February 18, 2008.

    Thereafter, the Court shall schedule further proceedings in this action, if necessary.

SO ORDERED.

DATED:    New York, New York
               February 1, 2008

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE