Sullivan, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
THE NEW YORK TIMES COMPANY and
PAUL VON ZIELBAUER,

          Plaintiffs,

     v.

UNITED STATES DEPARTMENT OF
DEFENSE and DEPARTMENT OF THE
ARMY,

          Defendants.
---------------------------------------------------------------- x

ECF CASE

07 Civ. 7481 (RJS)

STIPULATION AND
ORDER OF DISMISSAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
4/3/08

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs, the New York Times Company and Paul Von Zeilbauer, and defendants United States Department of Defense and the Department of the Army, that pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action is hereby dismissed, with prejudice, as against the Department of the Army.

Dated: New York, New York
      April __1__, 2008

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York
                                Attorney for Defendants

                By:    _____
                               LARA K. ESHKENAZI
                               Assistant United States Attorney
                               86 Chambers Street, 3rd Floor
                               New York, New York 10007
                               Tel. No.: (212) 637-2758
                               lara.eshkenazi@usdoj.gov

Dated: New York, New York
April 1, 2008

                THE NEW YORK TIMES COMPANY
                      LEGAL DEPARTMENT
                      Attorneys for Plaintiff

By:    _____
      David E. McCraw
      The New York Times Company
        Legal Department
      620 Eighth Avenue
      New York, New York 10018
      Tel. No. (212) 556-4031
      mccraw@nytimes.com

SO ORDERED
_____
UNITED STATES DISTRICT JUDGE

4/3/08