UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



THE NEW YORK TIMES COMPANY,
PAUL VON ZIELBAUER,

                Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF
DEFENSE,

                Defendant.

No. 07 Civ. 7481 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By order dated March 25, 2008, after several previous requests for extensions were sought and obtained by defendant in this action, this Court granted defendant's application, on consent of plaintiffs, for an extension of time to April 14, 2008 to complete its response to plaintiffs' Freedom of Information Act ("FOIA") requests. However, by letter dated April 14, 2008, defendant sought an additional extension of time to April 30, 2008 to complete its response to plaintiffs' FOIA requests. According to defendant, it is still "in the process of conducting additional searches" for the requested items and that, notwithstanding defendant's prior errant predictions regarding the time needed to complete these searches, it "is now in a better position to evaluate the amount of time necessary for reviewing and releasing the documents" at issue. (Def.'s Apr. 14, 2008 Ltr. at 2.) Plaintiff The New York Times Company opposes defendant's request for an extension of time, and ask this Court to order defendant to produce the requested items "forthwith." (Pl.'s Apr. 15, 2008 Ltr. at 2.)

IT IS HEREBY ORDERED that the parties shall appear for a conference before the Court on *April 17, 2008 @ 2:30 pm* in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York, in order to address defendant's failure to abide by the deadlines previously set by this Court for its response to plaintiffs' FOIA requests.

SO ORDERED.

DATED:   New York, New York
April 16, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE