

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,
PAUL VON ZIELBAUER,

                     Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF
DEFENSE,

                     Defendant.

No. 07 Civ. 7481 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      By order dated March 25, 2008, after several previous requests for extensions were sought and obtained by defendant in this action, the Court granted defendant's application, on consent, for an extension of time to April 14, 2008 to complete its response to plaintiffs' Freedom of Information Act ("FOIA") requests. However, by letter dated April 14, 2008, defendant sought an additional extension of time to April 30, 2008 to complete its response to plaintiffs' FOIA requests. Plaintiffs oppose defendant's request for an extension of time, and ask this Court to order defendant to produce the requested items "forthwith." (Pl.'s Apr. 15, 2008 Ltr. at 2.) On April 17, 2008, the parties appeared before the Court for a conference regarding defendant's request.

      IT IS HEREBY ORDERED that defendants shall produce to plaintiffs the following categories of documents by the date provided:

      The Central Command documents shall be produced by 5:00 p.m. on April 17, 2008.
      The Executive Secretary documents shall be produced by 5:00 p.m. on April 21, 2008.
      The Public Affairs documents shall be produced by 5:00 p.m. on April 23, 2008.
      The Procurement documents shall be produced by 5:00 p.m. on April 30, 2008.

These deadlines should be strictly observed by defendants. The Court will not entertain further requests for extensions of time to produce these documents. Moreover, in the event that defendant fails to comply with this Order, the Court may impose sanctions on defendant and/or the individuals responsible for defendant's non-compliance.

SO ORDERED.

DATED:   New York, New York
         April 17, 2008

                                            _____
                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE