USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
THE NEW YORK TIMES COMPANY and
PAUL VON ZIELBAUER,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
DEFENSE and DEPARTMENT OF THE
ARMY,

        Defendants.
---------------------------------------------------------------- x

ECF CASE

07 Civ. 7481 (RJS)

STIPULATION AND
ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs, the New York Times Company and Paul Von Zeilbauer, and defendant United States Department of Defense, that pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action is hereby dismissed with prejudice.

Dated: New York, New York
      October 30, 2008

                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York
                          Attorney for Defendant

By: _____
     LARA K. ESHKENAZI
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Tel. No.: (212) 637-2758
     lara.eshkenazi@usdoj.gov

Dated: New York, New York
October 30, 2008

                    THE NEW YORK TIMES COMPANY
                        LEGAL DEPARTMENT
                    Attorneys for Plaintiffs

By:  David E. McCraw
     The New York Times Company
       Legal Department
     620 Eighth Avenue
     New York, New York 10018
     Tel. No. (212) 556-4031
     mccraw@nytimes.com

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE